IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Southeastern Roofing Co. of Spartanburg, Inc., a/k/a Southeastern Roofing Company, n/k/a Orvis, Inc., | ) ) ) ) ) | C.A. No. 7:07-1820-HMH |
| Plaintiff, | ) ) | **OPINION AND ORDER** |
| vs. | ) ) | |
| Central Mutual Insurance Company and Robbins & Associates Insurance Agency, Inc., | ) ) ) ) | |
| Defendants. | ) | |

Central Mutual Insurance Company and Robbins & Associates Insurance Agency, Inc. ("Defendants") are ordered to inform the court of their principal places of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The Defendants are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 20, 2007