IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Southeastern Roofing Co. of Spartanburg, Inc., a/k/a Southeastern Roofing Company, n/k/a Orvis, Inc. and BAGE, LLC, | ) ) ) ) ) | C.A. No. 7:07-1820-HMH |
| Plaintiffs | ) ) | CONSENT ORDER STAYING THE CASE |
| vs. | ) ) ) | |
| Central Mutual Insurance Company and Robbins & Associates Insurance Agency, Inc., | ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** comes before me upon motion by consent of Plaintiffs, Southeastern Roofing Co. of Spartanburg, Inc., a/k/a Southeastern Roofing Co. n/k/a Orvis, Inc., and BAGE, LLC, Defendant Central Mutual Insurance Co., and Defendant Robbins & Associates Insurance Agency, Inc., on the ground that the South Carolina Supreme Court has just granted Southeastern Roofing Co. of Spartanburg, Inc.'s Petition for Writ of Certiorari to review the decision of the South Carolina Court of Appeals in the appeal of the underlying case. The legal issue in that appeal has a direct impact on the liability of the claims in the above-captioned action as it challenges the validity of the underlying entry of default and subsequent default judgment which serves as a basis for the claims asserted in this case. Specifically, the Appellant has challenged the lower court's ruling denying it relief from the entry of default and subsequent judgment. Should the Supreme Court reverse the ruling of the lower court and remand the case for trial,

several of the issues and claims in the present matter may be rendered moot such that further litigation may not be necessary. As such, the parties are jointly requesting that this action be stayed until the resolution of the underlying matter by the South Carolina Supreme Court.

**THEREFORE, IT IS HEREBY ORDERED** that this present action shall be and hereby is stayed until the Court is notified by the parties that the above-mentioned actions are resolved and this case is ready to go forward at which time an Amended Scheduling Order will be entered to allow time for the completion of discovery.

**AND IT IS SO ORDERED**, this the 18th day of June, 2008, in Greenville, South Carolina.

s/Henry M. Herlong, Jr.
United States District Judge

WE CONSENT:

| | |
|---|---|
| s/J. Kevin Owens_____ | F. Matlock Elliott_____ |
| J. Kevin Owens, I.D. No. 7588 | F. Matlock Elliott, I.D. No. 701 |
| BUTLER, MEANS, EVINS & BROWNE, P.A. | HAYNSWORTH SINKLER BOYD, PA |
| 234 North Church Street (29306) | P.O. Box 2048 |
| P.O. Drawer 451 | Greenville, SC 29602-2048 |
| Spartanburg, S.C. 29304-0451 | Tel: (864) 240-3200 |
| Tel.: (864) 582-5630 | Fax: (864) 240-3300 |
| Fax: (864) 585-2034 | ATTORNEY FOR DEFENDANT |
| ATTORNEY FOR PLAINTIFF, SOUTHEASTERN ROOFING CO. OF SPARTANBURG, INC. A/K/A SOUTHEASTERN ROOFING COMPANY N/K/A ORVIS, INC. | ROBBINS & ASSOCIATES INSURANCE AGENCY, INC. |

| | |
|---|---|
| s/Thomas B. Jackson, III | J.R. Murphy |
| Thomas B. Jackson, III, I.D. No. 2053 | J.R. Murphy, I.D. No. 3119 |
| TYLER CASSELL JACKSON PEACE & SILVER, LLP | MURPHY & GRANTLAND, P.A. |
| P.O. Box 11656 | P.O. Box 6648 |
| Columbia, SC 29211 | Columbia, SC 29260 |
| Tel: (803) 779-4997 | Tel: (803) 782-4100 |
| Fax: (803) 765-2468 | Fax: (803) 782-4140 |
| ATTORNEY FOR PLAINTIFF, BAGE, LLC | ATTORNEY FOR DEFENDANT CENTRAL MUTUAL INSURANCE COMPANY |